No. 4295.—PUEBLO, apldo., v. VARELA, aplte.—C. D. Aguadilla. Marzo 4, 1931. Sin lugar la deses-

1030

timación por los fundamentos consignados en la opinión emitida en el caso No. 4296, *El Pueblo* v. *Varela* (ante, pág. 889.)

El Juez Asociado Señor Aldrey disintió. El Juez Asociado Señor Wolf está conforme con el resultado.